IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07-cr-00478-VEH-JEO |
| | ) | |
| **QUANTANE THOMAS** | ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion to suppress the evidence obtained as a result of the search of an area under a residence. (Doc. 13). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 17) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to suppress is due to be denied. An appropriate order will be entered.

**DONE** this the 1st day of April, 2008.

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge